Tony E. CHAMBERS, Plaintiff–Appellant,

v.

State of N.C. DEPT. OF JUVENILE JUSTICE & DELINQUENCY PREVENTION, Defendant–Appellee,

and

Beverly Perdue, Governor; Mack Simmons; Donald Burns; Sandra Vamper; Kay Evans; Roger Reynolds; Linda Wheeler Hayes; David E. Jones, Deputy Secretary, NC Department of Juvenile Justice & Delinquency Prevention, Defendants.

No. 13–2299.

United States Court of Appeals, Fourth Circuit.

Submitted: March 17, 2014.

Decided: April 2, 2014.

Tony E. Chambers, Appellant Pro Se. Gerald Kevin Robbins, Special Deputy Attorney General, Vanessa N. Totten, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

Before KEENAN and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tony E. Chambers appeals the district court's order granting summary judgment to the Defendant in Chambers' employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chambers v. N.C. Dep't of Juvenile Justice & Delinquency Prevention,* No. 1:10–cv–00315–CCE–LPA (M.D.N.C. Sept. 27, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this Court and argument would not aid the decisional process.

*AFFIRMED.*